UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER J. SCOTT

    Plaintiff,

vs.                                              Case No.  3:07-cv-196-J-25MCR

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Corrected Affidavit of Indigency (Doc. 6) filed April 3, 2007, which the Court will treat as a Motion to proceed in forma pauperis.

Under 28 U.S.C. § 1915, courts may permit a litigant to proceed in forma pauperis if the litigant avers in an affidavit that he is unable to bear the fees and costs concomitant with a lawsuit. The Court's decision to grant *in forma pauperis* status is discretionary, Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983), and should be "bestowed only upon those who are truly indigent." Antonelli v. Bureau of Alcohol, Tobacco and Firearms, 1985 WL 1613 at *1 (N.D. Ill. 1985).

Here, Plaintiff's Corrected Affidavit of Indigency reveals Plaintiff is married and his wife is currently employed making a weekly gross income of $1,230.76, totaling an approximate monthly gross income of $4,923.04, and Plaintiff lists his monthly expenses as $1,556.09. (Doc. 6, pp. 2-3). Additionally, Plaintiff lists he owns a house

with an estimated value of $146,897.00, and also lists a vehicle worth $5,715.00 among his assets. (Doc. 6, p. 2). Accordingly, the Court finds that the court costs associated with pursuing Plaintiff's suit are not beyond his reach and recommends <u>in forma pauperis</u> status be **denied**.

Accordingly, after due consideration, it is

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  4th  day of April, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record